**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: G & S DEVELOPMENT CORP.                        § Case No. 12-34214-BKC-LMI
                                                       §
                                                       §
                                                       §
                    Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/09/2012. The undersigned trustee was appointed on 10/09/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $         127,645.50

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 66,500.00 |
| Administrative expenses | 350.00 |
| Bank service fees | 3,545.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 57,249.55 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 02/06/2013 and the deadline for filing governmental claims was 04/07/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,632.28. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $9,632.28, for a total compensation of $9,632.28[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $118.34 for total expenses of $118.34[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/16/2017          By: /s/ Barry Mukamal
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

|  | Exhibit A |
|---|---|
| **Form 1** | Page: 1 |
| **Individual Estate Property Record and Report** | |
| **Asset Cases** | |

Case No.: 12-34214-BKC-LMI  
Case Name: G & S DEVELOPMENT CORP.  

For Period Ending: 06/16/2017

Trustee Name: (290830) Barry Mukamal  
Date Filed (f) or Converted (c): 10/09/2012 (f)  
§ 341(a) Meeting Date: 11/08/2012  
Claims Bar Date: 02/06/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL EQUITY INVESTMENTS LLC - 100% MEMBER (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | MIAMI QUALITY PARKING INC. - CLAIM<br>Parking lease deficiency, amended description | 254,225.00 | 254,225.00 | | 0.00 | FA |
| 3 | J. SEITLIN AND PEPPER FAMILY TRUST CLAIM (u) | 1,200,000.00 | 130,119.89 | | 16,000.00 | FA |
| 4 | CO-TENANT AGREEMENT - JACK SEITLIN TRUSTEE<br>Amended for value | Unknown | 0.00 | | 0.00 | FA |
| 5 | SOFA #4 - CASE #10-39659-CA-15 | 110,119.89 | 110,118.89 | | 110,119.89 | FA |
| 6 | TAX REFUND (u) | 1,525.61 | 1,525.61 | | 1,525.61 | FA |
| 6 | **Assets      Totals**      (Excluding unknown values) | **$1,565,870.50** | **$495,989.39** | | **$127,645.50** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| **Case No.:** 12-34214-BKC-LMI | **Trustee Name:** (290830) Barry Mukamal |
| **Case Name:** G & S DEVELOPMENT CORP. | **Date Filed (f) or Converted (c):** 10/09/2012 (f) |
| | **§ 341(a) Meeting Date:** 11/08/2012 |
| **For Period Ending:** 06/16/2017 | **Claims Bar Date:** 02/06/2013 |

**Major Activities Affecting Case Closing:**

The Trustee recovered the value of the scheduled lawsuit equal to $110,119.89, court ordered 06/04/14. The Trustee made an interim distribution as per court order dated 01/14/2015 (ECF# 143). The estate received $16,000 relating to G & S Development Corp. v. Seitlin, et al. (Asset No. 3); court ordered (ECF #151). The Estate received a tax refund in the amount of $1,525.61.

Claims review complete. Tax return filed annually.

11/20/12 - Court order granting employment of Trustee's Accountant, Marcum LLP.
12/05/12 - Court order granting employment of Trustee's counsel, James Miller, Esq.
10/26/16 - Court order approving employment of KapilaMukamal LLP as Trustee's accountants (ECF #188).

**Initial Projected Date Of Final Report (TFR):**   06/30/2014          **Current Projected Date Of Final Report (TFR):**   06/08/2017 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |
|---|---|
| Case No.: | 12-34214-BKC-LMI |
| Case Name: | G & S DEVELOPMENT CORP. |
| Taxpayer ID #: | **-***8983 |
| For Period Ending: | 06/16/2017 |

| | |
|---|---|
| Trustee Name: | Barry Mukamal (290830) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******9466 Checking Account |
| Blanket Bond (per case limit): | $84,082,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/09/2014 | {5} | Austin Carr Pa Trust Account | Settlement; court ordered 06/04/14 | 1149-000 | 110,119.89 | | 110,119.89 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.75 | 110,030.14 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.09 | 109,856.05 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.74 | 109,703.31 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.31 | 109,535.00 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.79 | 109,372.21 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.58 | 109,230.63 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.06 | 109,052.57 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.85 | 108,895.72 |
| 02/02/2015 | 101 | Internal Revenue Service | Dividend paid 100.00% on $1,500.00; Claim# 1P; Filed: $1,500.00; Reference: , court ordered 01/14/15. | 5800-000 | | 1,500.00 | 107,395.72 |
| 02/02/2015 | 102 | Internal Revenue Service | Dividend paid 14.72% on $1,100.00; Claim# 1U; Filed: $1,100.00; Reference: , court ordered 01/14/15. | 7100-000 | | 162.00 | 107,233.72 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                                     ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-34214-BKC-LMI | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | G & S DEVELOPMENT CORP. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8983 | Account #: | ******9466 Checking Account |
| For Period Ending: | 06/16/2017 | Blanket Bond (per case limit): | $84,082,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/02/2015 | 103 | Pepper Family LLC | Dividend paid 14.72% on $130,927.00; Claim# 2; Filed: $130,927.00; Reference: , court ordered 01/14/15. Stopped on 05/06/2015 | 7100-000 | | 19,282.29 | 87,951.43 |
| 02/02/2015 | 104 | Jack Seitlin, Trustee | Dividend paid 14.72% on $283,617.93; Claim# 3 -2; Filed: $283,617.93; Reference: , court ordered 01/14/15. | 7100-000 | | 41,769.86 | 46,181.57 |
| 02/02/2015 | 105 | Rosenthal Rosenthal Rasco Kaplan LLC | Dividend paid 14.72% on $25,705.98; Claim# 4 -2; Filed: $25,705.98; Reference: , court ordered 01/14/15. | 7100-000 | | 3,785.85 | 42,395.72 |
| 02/11/2015 | | US Bankruptcy Court | Adv filing fee: 15-01095-LMI | 2700-000 | | 350.00 | 42,045.72 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.76 | 41,946.96 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.93 | 41,853.03 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.93 | 41,765.10 |
| 05/06/2015 | 103 | Pepper Family LLC | Dividend paid 14.72% on $130,927.00; Claim# 2; Filed: $130,927.00; Reference: , court ordered 01/14/15. Stopped: check issued on 02/02/2015 | 7100-000 | | -19,282.29 | 61,047.39 |

{} Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                    ! - transaction has not been cleared

Exhibit B
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-34214-BKC-LMI | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | G & S DEVELOPMENT CORP. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8983 | Account #: | ******9466 Checking Account |
| For Period Ending: | 06/16/2017 | Blanket Bond (per case limit): | $84,082,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/07/2015 | 106 | Pepper Family LLC | Dividend paid 14.72% on $130,927.00; Claim# 2; Filed: $130,927.00; Reference: , court ordered 01/14/15. | 7100-000 | | 19,282.29 | 41,765.10 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.48 | 41,687.62 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.95 | 41,623.67 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.86 | 41,561.81 |
| 08/24/2015 | {3} | Union Title Services | Settlement in full. Court ordered ECF 151. | 1229-000 | 16,000.00 | | 57,561.81 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.62 | 57,500.19 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.22 | 57,411.97 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.57 | 57,329.40 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.70 | 57,249.70 |
| 12/28/2015 | {6} | United States Treasury | 2012 Tax Refund | 1224-000 | 1,525.61 | | 58,775.31 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.80 | 58,684.51 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

| | | | | Exhibit B |
|---|---|---|---|---|
| | | Form 2 | | Page: 4 |

## Cash Receipts And Disbursements Record

| Case No.: | 12-34214-BKC-LMI | | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | G & S DEVELOPMENT CORP. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8983 | | Account #: | ******9466 Checking Account |
| For Period Ending: | 06/16/2017 | | Blanket Bond (per case limit): | $84,082,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.37 | 58,603.14 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.25 | 58,521.89 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.34 | 58,429.55 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.01 | 58,348.54 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.90 | 58,267.64 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.94 | 58,175.70 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.66 | 58,095.04 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.66 | 58,003.38 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.19 | 57,920.19 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.31 | 57,839.88 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.50 | 57,751.38 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.83 | 57,668.55 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.46 | 57,580.09 |

{} Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                                                          ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 12-34214-BKC-LMI | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | G & S DEVELOPMENT CORP. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8983 | Account #: | ******9466 Checking Account |
| For Period Ending: | 06/16/2017 | Blanket Bond (per case limit): | $84,082,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.29 | 57,502.80 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.46 | 57,417.34 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.07 | 57,340.27 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 90.72 | 57,249.55 |
| | | | COLUMN TOTALS | | 127,645.50 | 70,395.95 | $57,249.55 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 127,645.50 | 70,395.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $127,645.50 | $70,395.95 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 6

| | |
|---|---|
| **Case No.:** | 12-34214-BKC-LMI |
| **Case Name:** | G & S DEVELOPMENT CORP. |
| **Taxpayer ID #:** | \*\*-\*\*\*8983 |
| **For Period Ending:** | 06/16/2017 |

| | |
|---|---|
| **Trustee Name:** | Barry Mukamal (290830) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | \*\*\*\*\*\*9466 Checking Account |
| **Blanket Bond (per case limit):** | $84,082,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $127,645.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $127,645.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| \*\*\*\*\*\*9466 Checking Account | $127,645.50 | $70,395.95 | $57,249.55 |
| | $127,645.50 | $70,395.95 | $57,249.55 |

**UST Form 101-7-TFR (5/1/2011)**

Printed: 06/16/2017 9:19 AM                                                                                                                                    Page: 1

## Exhibit C

## Claims Proposed Distribution Register

### Case: 12-34214-BKC-LMI G & S DEVELOPMENT CORP.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $57,249.55    **Total Proposed Payment:** $57,249.55    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Barry E. Mukamal | Admin Ch. 7 | $9,632.28 | $9,632.28 | $0.00 | $9,632.28 | $9,632.28 | $47,617.27 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
|  | Barry E. Mukamal | Admin Ch. 7 | $118.34 | $118.34 | $0.00 | $118.34 | $118.34 | $47,498.93 |
|  | <2200-00 Trustee Expenses> | | | | | | | |
|  | James B. Miller PA | Admin Ch. 7 | $33,000.00 | $33,000.00 | $0.00 | $33,000.00 | $33,000.00 | $14,498.93 |
|  | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
|  | James B. Miller PA | Admin Ch. 7 | $589.94 | $589.94 | $0.00 | $589.94 | $589.94 | $13,908.99 |
|  | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | |
|  | KapilaMukamal LLP | Admin Ch. 7 | $4,240.40 | $4,240.40 | $0.00 | $4,240.40 | $4,240.40 | $9,668.59 |
|  | <3310-00 Accountant for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | KapilaMukamal LLP | Admin Ch. 7 | $90.38 | $90.38 | $0.00 | $90.38 | $90.38 | $9,578.21 |
|  | <3320-00 Accountant for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Marcum LLP | Admin Ch. 7 | $8,805.00 | $8,805.00 | $0.00 | $8,805.00 | $8,805.00 | $773.21 |
|  | <3310-00 Accountant for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | Marcum LLP | Admin Ch. 7 | $3.50 | $3.50 | $0.00 | $3.50 | $3.50 | $769.71 |
|  | <3320-00 Accountant for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | US Bankruptcy Court | Admin Ch. 7 | $643.00 | $643.00 | $350.00 | $293.00 | $293.00 | $476.71 |

Printed: 06/16/2017 9:19 AM

Page: 2

## Exhibit C

## Claims Proposed Distribution Register

**Case: 12-34214-BKC-LMI G & S DEVELOPMENT CORP.**

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $57,249.55 | Total Proposed Payment: | $57,249.55 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | <2700-00 Clerk of the Court Fees> | | | | | | | |
| | Claim Memo: Deferred filing fee: Adv 13-1634 & 15-01095 | | | | | | | |
| 1U | Internal Revenue Service | Unsecured | $1,100.00 | $1,100.00 | $162.00 | $938.00 | $1.19 | $475.52 |
| 2 | Pepper Family LLC | Unsecured | $130,927.00 | $130,927.00 | $19,282.29 | $111,644.71 | $141.41 | $334.11 |
| 3 -2 | Jack Seitlin, Trustee | Unsecured | $283,617.93 | $283,617.93 | $41,769.86 | $241,848.07 | $306.34 | $27.77 |
| 4 -2 | Rosenthal Rosenthal Rasco Kaplan LLC | Unsecured | $25,705.98 | $25,705.98 | $3,785.85 | $21,920.13 | $27.77 | $0.00 |
| | **Total for Case:** | 12-34214- | $498,473.75 | $498,473.75 | $65,350.00 | $433,123.75 | $57,249.55 | |

Printed: 06/16/2017 6:19 AM

Page: 3

## Exhibit C

## Claims Proposed Distribution Register

**Case: 12-34214-BKC-LMI G & S DEVELOPMENT CORP.**

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $57,249.55    **Total Proposed Payment:** $57,249.55    **Remaining Balance:** $0.00

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $57,122.84 | $57,122.84 | $350.00 | $56,772.84 | 100.00% |
| **Total Secured Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Unsecured Claims:** | $441,350.91 | $441,350.91 | $65,000.00 | $476.71 | 14.84% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-34214-BKC-LMI
Case Name: G & S DEVELOPMENT CORP.
Trustee Name: Barry Mukamal

**Balance on hand:** $ 57,249.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7S-2 | G&S Realty Advisors Corp | 20,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 57,249.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Barry E. Mukamal | 9,632.28 | 0.00 | 9,632.28 |
| Trustee, Expenses - Barry E. Mukamal | 118.34 | 0.00 | 118.34 |
| Accountant for Trustee, Fees - Marcum LLP | 8,805.00 | 0.00 | 8,805.00 |
| Accountant for Trustee, Expenses - Marcum LLP | 3.50 | 0.00 | 3.50 |
| Charges, U.S. Bankruptcy Court | 643.00 | 350.00 | 293.00 |
| Attorney for Trustee Fees (Other Firm) - James B. Miller PA | 33,000.00 | 0.00 | 33,000.00 |
| Attorney for Trustee Expenses (Other Firm) - James B. Miller PA | 589.94 | 0.00 | 589.94 |
| Accountant for Trustee, Fees - KapilaMukamal LLP | 4,240.40 | 0.00 | 4,240.40 |
| Accountant for Trustee, Expenses - KapilaMukamal LLP | 90.38 | 0.00 | 90.38 |

Total to be paid for chapter 7 administrative expenses: $ 56,772.84
Remaining balance: $ 476.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 476.71

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Internal Revenue Service | 1,500.00 | 1,500.00 | 0.00 |
| 7P-2 | G&S Realty Advisors Corp | 0.00 | 0.00 | 0.00 |

|   |   |
|---|---:|
| Total to be paid for priority claims: $ | 0.00 |
| Remaining balance: $ | 476.71 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $441,350.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Internal Revenue Service | 1,100.00 | 162.00 | 1.19 |
| 2 | Pepper Family LLC | 130,927.00 | 19,282.29 | 141.41 |
| 3 -2 | Jack Seitlin, Trustee | 283,617.93 | 41,769.86 | 306.34 |
| 4 -2 | Rosenthal Rosenthal Rasco Kaplan LLC | 25,705.98 | 3,785.85 | 27.77 |

|   |   |
|---|---:|
| Total to be paid for timely general unsecured claims: $ | 476.71 |
| Remaining balance: $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5 | William Scott Hannon | 0.00 | 0.00 | 0.00 |
| 6 -2 | Samuel J Hannon | 0.00 | 0.00 | 0.00 |
| 7U-2 | G&S Realty Advisors Corp | 0.00 | 0.00 | 0.00 |

|   |   |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |